**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sandra L. Bahr, et al., | No. CV-13-872-PHX-SMM |
| Plaintiffs, | |
| vs. | **ORDER** |
| Gina McCarthy, et al., | |
| Defendants. | |

Pending before the Court is the parties'[1] Stipulation for Dismissal With Prejudice. (Doc. 22.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims.

**IT IS FURTHER ORDERED** that the parties have settled Plaintiffs' claim for attorney's fees and litigation costs.

DATED this 23rd day of June, 2014.

*[signature]*
Stephen M. McNamee
Senior United States District Judge

---

[1] The Plaintiffs filed suit against Bob Perciasepe, then Acting Administrator of the United States Environmental Protection Agency, in his official capacity. Pursuant to Federal Rule of Civil Procedure 25(d), the Court substitutes Gina McCarthy, who succeeded Perciasepe as the Administrator.